No. 85–332. PARISH OF ST. BERNARD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 85–334. FIRESTONE TIRE & RUBBER CO. ET AL. *v.* UNITED STATES; and

No. 85–376. ETHYL CORP. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 761 F. 2d 1153.